Order entered November 7, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01175-CV

SHAUN BURGESS, Appellant

V.

CASTLE KEEPERS, INC., Appellee

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-01984-2012**

## ORDER

The Court has before it appellant's October 23, 2012 request to reconsider pauper's affidavit and October 30, 2012 motion to extend time to file appellant's brief. The Court has not yet ruled on appellant's affidavit of indigency, and appellant's brief will be due thirty days after the reporter's record is filed. Accordingly, both motions are **DENIED** as premature.


MOLLY FRANCIS
JUSTICE